**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |
|---|---|
| STEVEN J. HATFILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-0807 |
| ) | |
| THE NEW YORK TIMES COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is GRANTED and this case is DISMISSED.

/S/
_____
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 30, 2007